Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff
Jacob Bonczyk

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JACOB BONCZYK,

    Plaintiff,

vs.

BALRAJ DHAMI ENTERPRISES, INC. dba HOMETOWN CAR WASH, et al.,

    Defendants.

No. 2:20-cv-02059-TLN-JDP

**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER**

    **WHEREAS,** Plaintiff, Jacob Bonczyk ("Plaintiff"), seeks to amend his complaint to allege additional access barriers which relate to his disability which were identified during the pendency of this action;

    **WHEREAS**, the Ninth Circuit both urges and requires Plaintiff to identify in his complaint all barriers identified which relate to his disability. *Chapman v. Pier 1 Imports (U.S.) Inc.*, 631 F.3d 939, 944 (9th Cir. 2011); *Oliver v. Ralphs Grocery Co.,* 654 F.3d 903, 909 (9th Cir. 2011);

    **WHEREAS**, Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice defendants Balraj Dhami Enterprises, Inc. dba Hometown Car Wash; Kewal Singh and Kuldeep Kaur ("Defendants"), nor does the amendment in any way change the nature of the action;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' responses thereto shall be due as required by the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED**.

Dated: July 7, 2021          MOORE LAW FIRM, P.C.

                                     /s/ Tanya E. Moore
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Jacob Bonczyk

Dated: July 7, 2021          /s/ Bruce A. Neilson
                                     Bruce A. Neilson
                                     Attorneys for Defendants,
                                     H&S LBSE Inc dba 7-Eleven #22736G
                                     and 7-Eleven. Inc.

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff may file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within the time required by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated: July 7, 2021

Troy L. Nunley
United States District Judge